IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW DEMMA, FELIX RAMOS, RUBEN GUTIERREZ, and ERNESTO DUARTE, individually and on behalf of other employees similarly situated, Plaintiffs, v. CHICAGO 24 HOUR TOWING, INC. AND OREN CHEN, individually, Defendants. | ) ) ) ) ) ) ) ) ) ) ) | 14-cv-08911<br><br>Hon. John J. Tharp, Jr. |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Chicago 24 Hour Towing ("Towing") and Oren Chen ("Chen"), by their attorneys, hereby move for summary judgment pursuant to Fed. R. Civ. P. 56 on Plaintiffs' Third Amended Complaint, for the reasons set forth in the accompanying memorandum of law being filed herewith.

BY:     s/John H. Wickert
One of the Defendants' Attorneys

Sheldon M. Lustig ARDC #3122692
John H. Wickert (Of Counsel) ARDC # 6188313
Lustig & Associates
3400 Dundee Road, Suite 235
Northbrook, IL 60062
(847)-509-9090
slustig@lustiglaw.com
jwickert@lustiglaw.com