# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

ANDREW DEMMA, FELIX RAMOS, and
RUBEN GUTIERREZ,

Plaintiff(s),

v.

CHICAGO 24 HOUR TOWING, INC. and
OREN CHEN,

Defendant(s).

Case No. 14-cv-08911
Judge John J. Tharp

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) CHICAGO 24 HOUR TOWING, INC. and OREN CHEN,
and against plaintiff(s) ANDREW DEMMA, FELIX RAMOS, and RUBEN GUTIERREZ,
.
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp on a motion for summary judgment.

Date: 4/26/2016                                     Thomas G. Bruton, Clerk of Court

Alberta Rone , Deputy Clerk